**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
    Email: nevis@lbbslaw.com
NORA M. NACHTSHEIM, SB# 221618
    Email: nachtsheim@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant PETERSON POWER SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>v.<br><br>SERRANO ELECTRIC, INC., a California corporation; and PETERSON POWER SYSTEMS, INC., a California Corporation,<br><br>        Defendants. | CASE NO. CV09-5376-LHK<br><br>**SUBSTITUTION OF COUNSEL**<br><br><br><br><br><br><br>Action Filed: November 13, 2009 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant PETERSON POWER SYSTEMS, INC. hereby substitutes new counsel of record in this action as follows:

> CHRISTOPHER J. NEVIS, SB# 162812
>     Email: nevis@lbbslaw.com
> NORA M. NACHTSHEIM, SB# 221618
>     Email: nachtsheim@lbbslaw.com
> One Sansome Street, Suite 1400
> San Francisco, California 94104
> Telephone: (415) 362-2580
> Facsimile: (415) 434-0882

The above-named counsel is substituted in as counsel of record instead of:

> William Errol Adams, Esq.
> Madeleine Loh, Esq.
> Fitzgerald Abbott & Beardsley LLP
> 1221 Broadway, 21st Floor
> Oakland, CA 94612
> Tel: 510-451-3300; Fax: 510-451-1527

4841-4228-7367.1                                -1-
SUBSTITUTION OF COUNSEL

1   This substitution is effective as of the date written below.

2   I consent to this substitution.

3   Dated: July 30, 2010     FITZGERALD ABBOTT & BEARDSLEY LLP

5           By _____
6           William Errol Adams
            Madeleine Loh
7           (Former counsel for defendant PETERSON POWER SYSTEMS, INC.)

8   I consent to this substitution.

9   Dated: July ___, 2010     LEWIS BRISBOIS BISGAARD & SMITH LLP

11          By _____
12          Christopher J. Nevis
            Nora M. Nachtsheim
13          New counsel for defendant PETERSON POWER SYSTEMS, INC.

14  I consent to this substitution.

15  Dated: _____, 2010   By _____
                                   Defendant PETERSON POWER SYSTEMS, INC.

17  **IT IS SO ORDERED:**

18  Dated: _____, 2010   _____
19                                 LUCY H. KOH
                                   United States District Judge

1    This substitution is effective as of the date written below.

2    I consent to this substitution.

3    Dated: _____, 2010    FITZGERALD ABBOTT & BEARDSLEY LLP

5    By _____
William Errol Adams
Madeleine Loh
(Former counsel for defendant PETERSON POWER SYSTEMS, INC.)

8    I consent to this substitution.

9    Dated: July 2, 2010    LEWIS BRISBOIS BISGAARD & SMITH LLP

11    By _____
Christopher J. Nevis
Nora M. Nachtsheim
New counsel for defendant PETERSON POWER SYSTEMS, INC.

14    I consent to this substitution.

PETERSON POWER SYSTEMS, INC.

15    Dated: August 2, 2010    By _____
Bob Klapperich

**IT IS SO ORDERED:**

18    Dated: August 24, 2010    _____
LUCY H. KOH
United States District Judge

4841-4228-7367.1

-2-

SUBSTITUTION OF COUNSEL