UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC,<br><br>                    Plaintiff,<br>     v.<br><br>SERRANO ELECTRIC, INC., et al.,<br><br>                    Defendants. | Case No.: 09-CV-05376-LHK<br><br>CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown          Reporter: Lee-Anne Shortridge
Plaintiff Attorney: Joel Long
Defendant Attorney: Jill Rizzo for Serrano Electric; Nora Nachtsheim for Peterson Power

A case management conference was held on August 25, 2010. The following dates and deadlines are hereby adopted:

DEADLINE TO EXCHANGE NAMES OF MEDIATORS is August 27, 2010.

DEADLINE TO SELECT A MEDIATOR is September 10, 2010.

MEDIATION DEADLINE is continued to November 24, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for December 8, 2010, at 2 p.m.

PRETRIAL CONFERENCE DATE is July 18, 2011, at 1:30 p.m.

JURY/COURT TRIAL DATE is August 1, 2011, at 9 a.m., in courtroom 4, 5th floor.

The parties will file a Joint Case Management Statement setting discovery limits and a pre-trial schedule by September 10, 2010. Counsel will also file a statement with the Court by September 10, 2010, stating that they have discussed the Northern District's publication on Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California with the parties and indicating whether the parties consent to proceed before a magistrate.

**IT IS SO ORDERED.**

Dated: August 25, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 09-CV-05376-LHK
CASE MANAGEMENT ORDER