RECEIVED
2011 FEB 17 A 10: 16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC<br><br>Plaintiff,<br><br>v.<br><br>SERRANO ELECTRIC, INC., et al,<br><br>Defendant. | CASE NO. CV-09-5376 LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Donald E. Morris, whose business address and telephone number is

Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219    804 783-7591

and who is an active member in good standing of the bar of Virginia, New York, New Jersey having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Serrano Electric, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    February 22, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge