UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>SERRANO ELECTRIC, INC., et al.,<br><br>             Defendants. | Case No.: C 09-5376 JF (PSG)<br><br>**ORDER** S**OLICITING** F**URTHER** D**OCUMENTATION** R**EGARDING** A**TTORNEYS** F**EES** I**NCURRED BY** P**LAINTIFF IN** C**ONNECTION WITH** M**OTION FOR** B**LANKET** P**ROTECTIVE** O**RDER** |

On October 27, 2010, this court entered an order directing Defendant Peterson Power Systems, Inc. ("Peterson") to reimburse Plaintiff for the reasonable attorneys fees it incurred in connection with its motion for a blanket protective order. The order provided that, in the event the parties could not agree on the amount of fees, Plaintiff could file a declaration setting forth the amount of fees incurred and Peterson could file a response. On November 16, 2010, Plaintiff timely filed a declaration summarizing the amount of fees incurred in connection with its motion for a blanket protective order.[1] Peterson filed no response. Based on the file herein,

IT IS HEREBY ORDERED that, no later than March 15, 2011, Plaintiff shall submit copies of the billing statements from counsel for work done in connection with its motion for a blanket

---

[1] Plaintiff also included in its summary work done during the pre-motion meet and confer as well as post-motion work. However, Judge Trumbull's order requiring reimbursement was limited to work done in connection with the motion alone.

O**RDER**, *page 1*

1 | protective order. The summary submitted does not provide enough detail for the court to evaluate
2 | the reasonableness of the fees requested.
3 | Dated: March 3, 2011

                                          PAUL S. GREWAL
                                          United States Magistrate Judge

ORDER, *page 2*