SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK (Bar No. 164016; james.diwik@sdma.com)
GREGG N. DULIK (Bar No. 124221; gregg.dulik@sdma.com)
JOEL M. LONG (Bar No. 226061; joel.long@sdma.com)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Quality Investment Properties Santa Clara, LLC

*GRANTED*
*Lucy H. Koh*
*Judge Lucy H. Koh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SERRANO ELECTRIC, INC., et al.,<br><br>          Defendants.<br><br>And Related Cross-Actions. | CASE NO. 5:09-cv-05376-LHK<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT APRIL 6, 2011 CASE MANAGEMENT CONFERENCE** |

     Pursuant to the scheduling notes that are part of Judge Koh's online calendar, counsel for plaintiff Quality Investment Properties Santa Clara, LLC respectfully requests to appear telephonically at the April 6, 2011 case management conference in the above-captioned action.

DATED:  March 30, 2011               SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                     By: /s/ Joel M. Long
                                          Joel M. Long
                                          Attorneys for Plaintiff
                                          Quality Investment Properties Santa Clara, LLC