UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SERRANO ELECTRIC, INC, et al.,<br><br>   Defendants. | Case No.: C 09-5376 LHK (PSG)<br><br>**ORDER DENYING DEFENDANT PETERSON POWER SYSTEMS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING OF MOTION TO COMPEL**<br><br>**(Docket No. 77)** |

On April 4, 2011, counsel for Defendant Peterson Power Systems, Inc. ("Peterson") filed a request to appear telephonically at the hearing of a motion to compel set for April 5, 2011. Peterson is a defendant in this action but is not involved in this motion. As Peterson has at least one attorney of record who is based within the Northern District of California,

IT IS HEREBY ORDERED that Peterson's request is DENIED.

Dated: April 5, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER