LeClairRyan LLP
Charles H. Horn (State Bar No. 063362)
charles.horn@leclairryan.com
Jill K. Rizzo (State Bar No. 236471)
jill.rizzo@leclairryan.com
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax:     (415) 391-8766

Donald E. Morris (Virginia State Bar No. 72410)
Donald.Morris@leclairryan.com
*Pro Hac Vice*
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone:(804) 783-7591/Facsimile:(804) 783-7691

Attorneys for Defendant
SERRANO ELECTRIC, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SERRANO ELECTRIC, INC., a California corporation; and PETERSON POWER SYSTEMS, INC., a California Corporation,<br><br>Defendants. | Case No.: CV-09-5376-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONDUCT THE DEPOSITION OF PERCIPIENT WITNESS RONALD WILLIAMS, JR. OF EATON CORPORATION ON MAY 26, 2011** |
| SERRANO ELECTRIC, INC.,<br><br>Cross-claimant,<br><br>v.<br><br>PETERSON POWER SYSTEMS, INC.,<br><br>Cross-defendant, | |
| AND RELATED CROSS-ACTIONS. | |

STIPULATION AND [PROPOSED] ORDER TO CONDUCT THE DEPOSITION OF PERCIPIENT WITNESS RONALD WILLIAMS, JR. OF EATON CORPORATION ON MAY 26, 2011

1

CV-09-5376-LHK

The parties submit this Stipulation and [Proposed] Order:

1. Counsel for defendant Serrano Electric, Inc. subpoenaed percipient witness Ronald Williams, Jr. of Eaton Corporation for his deposition on May 18, 2011 at 9:30 a.m. in San Francisco, California. Mr. Williams is located at Eaton Corporation's business office in Livermore, California.

2. On Friday, May 13, 2011, Mr. Williams confirmed his availability for deposition.

3. On Monday, May 17, 2011, counsel for defendant Serrano Electric, Inc., Jill Rizzo, received a call from Edward Blakemore at Eaton Corporation's corporate office in Ohio. Mr. Blakemore informed Ms. Rizzo that Eaton's protocol for depositions is to have counsel present, including the deposition of Ronald Williams, Jr. However, Eaton's counsel is not available on May 18 and requested that counsel move the deposition to May 26, 2011 when counsel and Mr. Williams are available for deposition.

4. The discovery cut-off date in this matter is May 18, 2011. However, all counsel stipulate to conducting the deposition of Mr. Williams on May 26, 2011.

5. Therefore, this stipulation and [proposed] order solely seeks the Court's permission to conduct Mr. Williams' deposition on May 26 so as to accommodate the witness's counsel, not to continue the discovery cut-off deadline so that the parties can continue to conduct any other discovery.

Respectfully submitted,

DATED: May 17, 2011                     LeClairRyan LLP


                                        By:    Jill K. Rizzo_____/s/_____
                                               Charles H. Horn
                                               Jill K. Rizzo
                                               Attorneys for Defendant/Cross-
                                               defendant/Cross-claimant
                                               SERRANO ELECTRIC, INC.

---

STIPULATION AND [PROPOSED] ORDER TO CONDUCT THE DEPOSITION OF PERCIPIENT WITNESS RONALD WILLIAMS, JR. OF EATON CORPORATION ON MAY 26, 2011

2

CV-09-5376-LHK

| | | |
|---|---|---|
| DATED: May 17, 2011 | | Lewis Brisbois Bisgaard & Smith LLP |
| | By: | Katherine A. Higgins __/s/_____ <br> Katherine A. Higgins <br> Attorneys for Defendant/Cross-defendant/Cross-claimant <br> PETERSON POWER SYSTEMS, INC. |
| DATED: May 17, 2011 | | Sedgwick LLP |
| | By: | Joel M. Long_____/s/_____ <br> Joel M. Long <br> Attorneys for Plaintiff <br> QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC |

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the Court orders that the parties may conduct the deposition of Ronald Williams, Jr. on May 26, 2011. The Court further orders that all other dates and deadlines remain as set, including the deadline for all other fact discovery.

Dated: __May 17__, 2011    _/s/ Lucy H. Koh_
Lucy H. Koh
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO CONDUCT THE DEPOSITION OF PERCIPIENT WITNESS RONALD WILLIAMS, JR. OF EATON CORPORATION ON MAY 26, 2011
3