LeClairRyan LLP
Charles H. Horn (State Bar No. 063362)
charles.horn@leclairryan.com
Jill K. Rizzo (State Bar No. 236471)
jill.rizzo@leclairryan.com
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Donald E. Morris (Virginia State Bar No. 72410)
Donald.Morris@leclairryan.com
*Pro Hac Vice*
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Telephone:(804) 783-7591/Facsimile:(804) 783-7691

Attorneys for Defendant
SERRANO ELECTRIC, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC, a Delaware limited liability company,

Plaintiff,

v.

SERRANO ELECTRIC, INC., a California corporation; and PETERSON POWER SYSTEMS, INC., a California Corporation,

Defendants.

SERRANO ELECTRIC, INC.,

Cross-claimant,

v.

PETERSON POWER SYSTEMS, INC.,

Cross-defendant,

AND RELATED CROSS-ACTIONS.

Case No.: CV-09-5376-LHK

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONDUCT THE CONTINUED DEPOSITION OF PLAINTIFF'S RETAINED EXPERT ON JULY 29, 2011**

The parties submit this Stipulation and [Proposed] Order:

1. Defendants Serrano Electric, Inc. and Peterson Power Systems, Inc. deposed plaintiff Quality Investment Properties Santa Clara, LLC's retained expert witness, Jeffery Kinrich, on June 29 in Los Angeles. Mr. Kinrich will be testifying on the issue of damages.

2. At the deposition on June 29 at approximately 5:15 p.m., the court reporter had informed the parties that she had an autistic child at home by himself and that she could not find anyone to watch him. She had not anticipated that the deposition would continue past 5:00 p.m. but informed counsel that she could stay until 6:15 p.m. The parties continued with Mr. Kinrich's deposition until 6:15 p.m. Defendants had not completed Mr. Kinrich's deposition at that time and have an approximately 90 minutes left on the record (based on the 7-hour time limit.) The parties agreed on the record to complete Mr. Kinrich's deposition during the week of July 25. Mr. Kinrich's deposition could not be completed sooner than the week of July 25 because of the parties' conflicting schedules and because Mr. Kinrich was out of the country for two weeks in early July.

3. The expert discovery cut-off date in this matter was July 12, 2011. However, all counsel stipulate to conducting the deposition of Mr. Kinrich on July 29 in Los Angeles.

4. Therefore, this stipulation and [proposed] order solely seeks the Court's permission to conduct Mr. Kinrich's deposition on July 29 so as to complete the witness's deposition, not to continue the discovery cut-off deadline so that the parties can continue to conduct any other expert discovery.

Respectfully submitted,

DATED: July 21, 2011

LeClairRyan LLP

By: _______/s/____________________
Jill K. Rizzo
Charles H. Horn
Jill K. Rizzo
Attorneys for Defendant/Cross-defendant/Cross-claimant
SERRANO ELECTRIC, INC.

DATED: July 21, 2011

Lewis Brisbois Bisgaard & Smith LLP

By: Katherine A. Higgins__/s/_____________
Katherine A. Higgins
Attorneys for Defendant/Cross-defendant/Cross-claimant
PETERSON POWER SYSTEMS, INC.

DATED: July 21, 2011

Sedgwick LLP

By: Joel M. Long________/s/________
Joel M. Long
Attorneys for Plaintiff
QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, the Court orders that the parties may conduct the deposition of Jeffery Kinrich on ~~June~~ July 29, 2011. The Court further advises the parties to consult the jury pretrial standing order, at http://cand.uscourts.gov/lhkorders, in order to prepare for the August 24, 2011 pretrial conference.

Dated: July 22, 2011

Lucy H. Koh
United States District Judge