UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SERRANO ELECTRIC, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 09-CV-05376-LHK<br><br>ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL |

Currently before the Court are two of Defendant Serrano Electric, Inc.'s ("Serrano") administrative motions to file under seal. *See* ECF Nos. 149, 156. These administrative motions were both filed on the grounds that Serrano's motions in limine Nos. 3 and 7 relied on documents that Plaintiff Quality Investment Properties Santa Clara, LLC ("Quality") had designated as "confidential" under the Court's protective order, ECF No. 47. *See* ECF Nos. 150, 157. On August 18, 2011, Quality informed the Court that it withdrew the confidential designation of the documents submitted in Serrano's motions in Limine Nos. 3 and 7. ECF No. 237. Accordingly, Serrano's administrative motions to file under seal are DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: August 23, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge