| | |
|---|---|
| 1 | CHRISTOPHER J. NEVIS, SB# 162812 |
|   | E-Mail: nevis@lbbslaw.com |
| 2 | KATHERINE A. HIGGINS, SB# 220198 |
|   | E-Mail: higgins@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | One Sansome Street, Suite 1400 |
| 4 | San Francisco, California 94104 |
|   | Telephone: 415.362.2580 |
| 5 | Facsimile: 415.434.0882 |
| 6 | DON CARLSON, SB# 79258 |
|   | E-Mail: dcarlson@ccplaw.com |
| 7 | COLIN MUNRO, SB# 195520 |
|   | E-Mail: cmunro@ccplaw.com |
| 8 | **CARLSON, CALLADINE & PETERSON LLP** |
|   | 353 Sacramento Street, Suite 1600 |
| 9 | San Francisco, California 94111 |
|   | Telephone: 415.391.3911 |
| 10 | Facsimile: 415.391.3898 |
| 11 | Attorneys for Defendant, Cross Claimant and Cross Defendant PETERSON POWER |
| 12 | SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| QUALITY INVESTMENT PROPERTIES SANTA CLARA, LLC, | CASE NO. CV09-5376 LHK |
| Plaintiff, | **STIPULATION TO DISMISSAL OF ALL CLAIMS WITH PREJUDICE, PURSUANT TO FRCP 41 (a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER** |
| v. | |
| SERRANO ELECTRIC, INC. and PETERSON POWER SYSTEMS, INC., | |
| Defendants. | |
| AND RELATED CROSS ACTIONS | |

26  ///

27  ///

28

**STIPULATION TO DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between plaintiff Quality Investment Properties Santa Clara, LLC; defendant, cross-claimant and cross-defendant Serrano Electric, Inc.; and, defendant, cross-claimant and cross-defendant Peterson Power Systems, Inc., hereinafter referred collectively to (the "Parties" or individually referred to as a "Party"), by and through their undersigned counsel of record, that:

First, this case shall be dismissed with prejudice in its entirety, which shall include dismissal of the plaintiff's action against the defendants, and the cross-claims between the defendants;

Second, each Party shall bear its own attorneys' fees and costs in this matter except as described in paragraph 8 of the Settlement and Release Agreement; and

Third, this stipulation resolves all claims against all Parties, including the cross-claims by each defendant against each other. The Trial Date for September 27, 2011 is hereby VACATED.

Fourth, the Court shall retain jurisdiction of this matter for purposes of overseeing the enforcement of the Settlement and Release Agreement.

Agreed to by the following counsel of record:

September 26, 2011                            _____/s/_____
                                              JAMES P. DIWIK, ESQ.
                                              JOEL M. LONG, ESQ.
                                              MARIA GIARDIANA, ESQ.
                                              Sedgwick LLP
                                              *Attorneys for Plaintiff Quality Investment Properties Santa Clara, LLC*

|   |   |
|---|---|
| 1 | _____/s/_____ |
| 2 | CHARLES H. HORN, ESQ.<br>JILL K. RIZZO, ESQ. |
| 3 | LeClairRyan LLP |
|   | *Attorneys for Defendant, Cross-* |
| 4 | *Defendant, and Cross-Claimant Serrano* |
|   | *Electric, Inc.* |
| 5 |   |
| 6 |   |
| 7 | _____/s/_____ |
|   | DON CARLSON, ESQ. |
| 8 | COLIN MUNRO, ESQ. |
|   | Carlson, Calladine & Peterson LLP |
| 9 |   |
| 10 | CHRISTOPHER J. NEVIS, ESQ.<br>KATHERINE A. HIGGINS, ESQ. |
| 11 | Lewis, Brisbois, Bisgaard & Smith LLP |
|   | *Attorneys for Defendant, Cross-* |
| 12 | *Defendant, and Cross-Claimant Peterson* |
|   | *Power Systems, Inc.* |
| 13 |   |

### [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation to dismiss all of the parties' claims with prejudice in their entirety, the Court orders that all claims in this matter are dismissed with prejudice. The Court further orders that the trial date of September 27, 2011 is VACATED. The Court shall retain jurisdiction of this matter for purposes of overseeing the enforcement of the Settlement and Release Agreement.

Dated: September 26, 2011

*/s/ Lucy H. Koh*
_____
Honorable Lucy H. Koh
United States District Court