1  CHRISTOPHER J. NEVIS, SB# 162812
       E-Mail: nevis@lbbslaw.com
2  KATHERINE A. HIGGINS, SB# 220198
       E-Mail: higgins@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  DON CARLSON, SB# 79258
       E-Mail: dcarlson@ccplaw.com
7  COLIN MUNRO, SB# 195520
       E-Mail: cmunro@ccplaw.com
8  **CARLSON, CALLADINE & PETERSON LLP**
   353 Sacramento Street, Suite 1600
9  San Francisco, California 94111
   Telephone: 415.391.3911
10 Facsimile: 415.391.3898

11 Attorneys for Defendant, Cross Claimant and
   Cross Defendant PETERSON POWER
12 SYSTEMS, INC.

13
              UNITED STATES DISTRICT COURT
14
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
15

16
   QUALITY INVESTMENT PROPERTIES          CASE NO. CV09-5376 LHK
17 SANTA CLARA, LLC,

18          Plaintiff,                    **STIPULATION TO DISMISSAL OF ALL CLAIMS WITH PREJUDICE, PURSUANT TO FRCP 41 (a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER**
19       v.

20 SERRANO ELECTRIC, INC. and
   PETERSON POWER SYSTEMS, INC.,
21
          Defendants.
22

23 AND RELATED CROSS ACTIONS
24

25

26 ///

27 ///

28

1                                                    CV09-5376 LHK
STIPULATION TO DISMISSAL OF ALL CLAIMS WITH PREJUDICE, PURSUANT TO FRCP 41 (a)(1)(A)(ii)
AND [~~PROPOSED~~] ORDER

## STIPULATION TO DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between plaintiff Quality Investment Properties Santa Clara, LLC; defendant, cross-claimant and cross-defendant Serrano Electric, Inc.; and, defendant, cross-claimant and cross-defendant Peterson Power Systems, Inc., hereinafter referred collectively to (the "Parties" or individually referred to as a "Party"), by and through their undersigned counsel of record, that:

First, this case shall be dismissed with prejudice in its entirety, which shall include dismissal of the plaintiff's action against the defendants, and the cross-claims between the defendants;

Second, each Party shall bear its own attorneys' fees and costs in this matter except as described in paragraph 8 of the Settlement and Release Agreement; and

Third, this stipulation resolves all claims against all Parties, including the cross-claims by each defendant against each other. The Trial Date for September 27, 2011 is hereby VACATED.

Fourth, the Court shall retain jurisdiction of this matter for purposes of overseeing the enforcement of the Settlement and Release Agreement.

Agreed to by the following counsel of record:

September 26, 2011                    _____/s/_____
                                      JAMES P. DIWIK, ESQ.
                                      JOEL M. LONG, ESQ.
                                      MARIA GIARDIANA, ESQ.
                                      Sedgwick LLP
                                      *Attorneys for Plaintiff Quality Investment Properties Santa Clara, LLC*

|   |   |
|---|---|
| 1 | _____/s/_____ |
| 2 | CHARLES H. HORN, ESQ.<br>JILL K. RIZZO, ESQ. |
| 3 | LeClairRyan LLP |
| 4 | *Attorneys for Defendant, Cross-Defendant, and Cross-Claimant Serrano Electric, Inc.* |

_____/s/_____
DON CARLSON, ESQ.
COLIN MUNRO, ESQ.
Carlson, Calladine & Peterson LLP

CHRISTOPHER J. NEVIS, ESQ.
KATHERINE A. HIGGINS, ESQ.
Lewis, Brisbois, Bisgaard & Smith LLP
*Attorneys for Defendant, Cross-Defendant, and Cross-Claimant Peterson Power Systems, Inc.*

## [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation to dismiss all of the parties' claims with prejudice in their entirety, the Court orders that all claims in this matter are dismissed with prejudice. The Court further orders that the trial date of September 27, 2011 is VACATED. The Court shall retain jurisdiction of this matter for purposes of overseeing the enforcement of the Settlement and Release Agreement.

Dated: September 26, 2011

*Lucy H. Koh*
_____
Honorable Lucy H. Koh
United States District Court